USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Joseph Ramos,
                Plaintiff,

18 **CIVIL** 7465 (AT)(KNF)

-v-

**JUDGMENT**

Andrew M. Saul,
Commissioner of Social Security,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2020, the R&R is ADOPTED in its entirety, Plaintiff's motion for judgment on the pleadings is GRANTED to the extent it seeks remand for a new hearing, and Defendants motion is DENIED. The case is remanded to the SSA for further development of the administrative record; accordingly, the case is closed.

**Dated:** New York, New York
        January 27, 2020

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
        BY:

                                            **Deputy Clerk**